ANNE E. SCHUSCHEL, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BOROUGH OF HASBROUCK HEIGHTS, *ET AL.*, DEFENDANTS-CROSS-PETITIONERS-RESPONDENTS.

On petitions for certification to Superior Court, Appellate Division.

See same case below: 84 *N. J. Super.* 391.

*Messrs. Major & Major* for the petitioners.

*Messrs. Chandless, Weller & Kramer, Mr. Nelson G. Gross, Mr. Arthur J. Sills* and *Mr. Joseph Lipkin* for the cross-petitioners-respondents.

September 28, 1964. ▮▮▮▮

79–83 THIRTEENTH AVE., LTD., PLAINTIFF-RESPONDENT, v. TERESA DeMARCO, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Frank Metro* for the petitioners.

*Mr. Ronald G. Targan* for the respondent.